IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ADRIAN GREEN,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | Case No. 5:25-cv-259-CAR-CHW |
| | : | |
| **WARDEN,** | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER

*Pro se* Petitioner Adrian Green, a prisoner confined in the Jesup FCI in Jesup, Georgia, has filed a document that was construed as a federal petition for writ of habeas corpus seeking relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner appears to be challenging "an unconstitutional state conviction from Pulaski County, Georgia" that "enhance[d] his federal sentence under the career offender guideline." ECF No. 1 at 1. If Petitioner wishes to proceed with this action, he must recast his Petition using the Court's standard § 2254 form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of this case, that Petitioner should use to comply.

The Recast Petition will supersede (take the place of) the initial Petition (ECF No. 1). Petitioner should therefore include each of his claims for relief in his Recast Petition,

even if he has also included those claims in the documents he has already filed with the Court. Petitioner must also notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

    **SO ORDERED**, this 25th day of August, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
