IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADRIAN GREEN,                                          *

            Petitioner,                              *

v.                                                            Case No.  5:25-CV-259-CAR-CHW

                                    *

WARDEN,

                                    *

            Respondent.                            *

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/27/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk